| PROB 22 (Rev. 9/98) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | EP-03-CR-1403PRM(1) |
| RECEIVED 2007 APR -3 PM 3:47 | | DOCKET NUMBER *(Rec. Court)* |
| | | CRMISC1184 / 2:07cr83-WKW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| CURTIS LAMAR BROWN<br>MIDDLE DISTRICT OF ALABAMA | WD/TX | EL PASO |
| | NAME OF SENTENCING JUDGE | |
| | Philip R. Martinez | |
| | DATES OF PROB/ SUPV. REL. | FROM 07/09/06 — TO 07/08/09 |

**OFFENSE**: Possession with Intent to Distribute 50 Kilograms or More of Marijuana, 21 U.S.C. § 841(b)(1)(C).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/17/2006
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA.

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-23-07
Effective Date

_____
United States District Judge